UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ANTHONY RYAN PUGH, | |
|---|---|
| Petitioner, | No. C10-5634 BHS/KLS |
| v. | ORDER DIRECTING SUBSTITUTION OF PARTY |
| RONALD FRAKER, | |
| Respondent. | |

The Clerk of Court is directed to substitute Ronald Fraker, the Superintendent of the Clallam Bay Corrections Center, as the Respondent in this action.

The Clerk shall send copies of this Order to Petitioner.

DATED this  21st  day of October, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1