UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY RYAN PUGH,<br><br>                Petitioner,<br><br>    v.<br><br>RONALD FRAKER,<br><br>                Respondent. | No. C10-5634 BHS/KLS<br><br>ORDER DIRECTING SUBSTITUTION OF PARTY |

Before the court is Petitioner's Notice of Change of Address and Substitution of Party. ECF No. 7. Petitioner advises that he has been transferred from Clallam Bay Corrections Center to the Stafford Creek Corrections Center (SCCC). The Superintendent of the SCCC is Patrick Glebe.

The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243. Accordingly, the Clerk of Court is directed to substitute Patrick Glebe, as the Respondent in this action.

The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

DATED this  15th  day of November, 2010.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 1