# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ANTHONY RYAN PUGH, | **JUDGMENT IN A CIVIL CASE** |
|---|---|
| Plaintiff, | CASE NUMBER: C10-5634BHS |
| v. | |
| PATRICK R. GLEBE, | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is **DISMISSED with prejudice.**

Dated this 15 day of February, 2011.

                                                       William M. McCool
                                                     Clerk

                                                     s/Caroline Gonzalez
                                                     Deputy Clerk